# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
**NOVEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6430**

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE KEYS**

### (a) PLAINTIFFS
AZIKIWE MADUKA

### DEFENDANTS
COOK COUNTY SHERIFF'S CORRECTIONAL OFFICER JOHNSON, star # unknown, COOK COUNTY SHERIFF'S CORRECTIONAL OFFICER COE

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kevin Rogers
307 N. Michigan Ave., Ste. 305
Chicago, IL 60601   Tel:(312) 332-1188

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State — PTF [X]  DEF [X]

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
42 U.S.C. Sec. 1983 Civil Rights

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: November 13, 2007
SIGNATURE OF ATTORNEY OF RECORD: Kevin Rogers - Attorney for Plaintiff