**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6430

In the Matter of                                                    Case Number:

AZIKIWE MADUKA
        v.
COOK COUNTY SHERIFF'S CORRECTIONAL OFFICER JOHNSON, star # unknown, COOK COUNTY SHERIFF'S CORRECTIONAL OFFICER COBBS, star # unknown, COOK

JUDGE PALLMEYER
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AZIKIWE MADUKA

CEM

| | |
|---|---|
| NAME (Type or print) <br> Kevin Rogers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kevin Rogers | |
| FIRM <br> LAW OFFICES OF KEVIN ROGERS | |
| STREET ADDRESS <br> 307 N. Michigan Avenue, Suite 305 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6192609 | TELEPHONE NUMBER <br> (312) 332-1188 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |