*Kevin Rogers*
*LAW OFFICES OF KEVIN ROGERS*
*307 N. Michigan Avenue  Suite 305*
*Chicago, Illinois  60601*

*Tel: (312) 332-1188*                                                                                    *Fax: (312) 332-0192*
*- via E-filing*

November 30, 2007

Neilda Finch
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Nelida_Finch@ilnd.uscourts.gov

    re:    Request for Refund of Filling fee
           Receipt # 2328369

Dear Ms. Finch:

This letter is a request for a refund for the receipt no. 2328369 for case no. 07 cv 6430.  It was a duplicate payment for the case.  Thank you for your anticipated cooperation and should you have any questions, do not hesitate to contact me.

Very truly yours,

Kevin Rogers

KR/kc