CH

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS
**SUMMONS IN A CIVIL CASE**

AZIKIWE MADUKA

CASE NUMBER: 07 C 6430

V.

ASSIGNED JUDGE: PALLMEYER

COOK COUNTY SHERIFF'S CORRECTIONAL OFFICER JOHNSON, star # unknown,
COOK COUNTY SHERIFF'S CORRECTIONAL OFFICER COBBS, star # unknown,
COOK COUNTY SHERIFF'S CORRECTIONAL OFFICER FRANKS, star # unknown,
UNKNOWN COOK COUNTY SHERIFF'S CORRECTIONAL OFFICERS, star #s
unknown, and THE COUNTY OF COOK, a BODY POLITIC and CORPORATE

DESIGNATED
MAGISTRATE JUDGE: KEYS

**FILED**
JAN 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Correctional Officer Cobbs
COOK COUNTY SHERIFF
COOK COUNTY DEPT OF CORRECTIONS
2700 S. California Av
Chicago, IL 60608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin Rogers
307 N. Michigan Ave., Ste. 305
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

January 4, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 1/7/2008 @ 4:50 PM |
| NAME OF SERVER (PRINT) Thomas G. Doherty | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **Office of Director, Cook County Department of Corrections Agent for Process 2700 S. California Av., 2nd Fl. (Reception), Chicago, IL 60608**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/11/08
                   Date

*Signature of Server*

307 N. Michigan Av., Chicago, IL 60601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.