IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AZIKIWE MADUKA, | ) | |
| | ) | |
| Plaintiff | ) | No. 07 C 6430 |
| | ) | |
| v. | ) | JUDGE PALLMEYER |
| | ) | |
| COOK COUNTY SHERIFF et al. | ) | MAGISTRATE KEYS |
| | ) | |
| Defendants. | ) | |

## MOTION TO AMEND

**NOW COMES** the Plaintiff, Azikiwe Maduka, by and through his attorney, Kevin Rogers, pursuant to FRCP 15, and moves this Honorable Court for leave for him to file his first amended complaint at law, *instanter*. Said complaint also dismisses previously pled state claims under the Illinois common law. A copy of the first amended complaint is attached as Exhibit A.

**WHEREFORE**, Plaintiff prays this Honorable Court allow Plaintiff leave to file his first amended complaint *instanter* with summons to issue.

Respectfully submitted,

__/s/ Kevin Rogers__
Attorney for Azikiwe Maduka

Kevin Rogers
307 N. Michigan Av
Chicago, IL  60603
T (312) 332-1188
F (312) 332-0192
email: _____