IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AZIKIWE MADUKA, | ) |
| | ) |
| Plaintiff | ) No. 07 C 6430 |
| | ) |
| v. | ) JUDGE PALLMEYER |
| | ) |
| COOK COUNTY SHERIFF et al. | ) MAGISTRATE KEYS |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To:   Steven L. Satter
      Asst State's Attorney
      **OFFICES OF STATE'S ATTORNEY**
      **500 DALEY CENTER**
      **Chicago, IL 60602**
T / F  **(312) 603-5440 / (312) 603**

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **PLAINTIFF'S MOTION TO AMEND,** a copy of which is here attached.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Pallmeyer, or such other Judge sitting in her stead in Room 2119, on the **4th day of March 2008, at 8:45 A.M.,** or as soon thereafter as counsel may be heard and then and there present said Motion.
      DATED at Chicago, Illinois this 26th day of February, 2008.

                /s/         Kevin Rogers
                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Kevin Rogers, an attorney, certify that I caused to be served a copy of the above and foregoing Notice and Motion to the party(ies) above named at the email address(es) above listed emailing same from rogers-law@sbcglobal.net, on February 26, 2008 before 5:00 p.m.

                /s/         Kevin Rogers

Kevin Rogers   307 N. Michigan Av Chicago, IL  60603   (312) 332-1188