IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AZIKIWE MADUKA, | ) | |
| | ) | |
| Plaintiff | ) | No. 07 C 6430 |
| | ) | |
| v. | ) | JUDGE PALLMEYER |
| | ) | |
| COOK COUNTY SHERIFF et al. | ) | MAGISTRATE KEYS |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**To:** Steven L. Satter
**Asst State's Attorney**
**OFFICES OF STATE'S ATTORNEY**
**500 DALEY CENTER**
**Chicago, IL 60602**
**T / F**   (312) 603-5440 / (312) 603

**PLEASE TAKE NOTICE** that I have filed on or about this date with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division Plaintiff's First Amended Complaint.

DATED at Chicago, Illinois this 5th day of March, 2008

/s/       Kevin Rogers
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Kevin Rogers, an attorney, certify that I caused to be served a copy of the above and foregoing Notice and Second Amended Complaint to the party(ies) above named at the email address(es) above listed emailing same from rogers-law@sbcglobal.net, on March 5, 2008, before 5:00 p.m.

/s/       Kevin Rogers

Kevin Rogers   307 N. Michigan Av Chicago, IL  60603   (312) 332-1188