# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6430 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Azikiwe Maduka vs. Officer Johnson, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to amend [14] granted. Plaintiff granted leave to file his First Amended Complaint *instanter*. Rule 16 conference stricken. Status hearing set for 4/3/2008 at 9:00.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|