# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6430 | **DATE** | 4/14/2008 |
| **CASE TITLE** | Azikiwe Maduka vs. E. Johnson, et al | | |

**DOCKET ENTRY TEXT**

No one appears for discovery hearing on 4/14/2008.  Discovery hearing reset to 4/21/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|