# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:

Azikiwe Maduka

     v.

Case Number: 07 C 6430

E. Johnson, G Cobbs, C.Fong
L. Marquez, Cook County,
Cook County Sheriff

Pallmeyer

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

E. Johnson, G Cobbs, C.Fong
L. Marquez, Cook County,
Cook County Sheriff

SIGNATURE  /s/ Steven L. Satter

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER  312-603-5105
6243813

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES X     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐     NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES X     NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

Case 1:07-cv-06430   Document 23   Filed 04/17/2008   Page 2 of 2