IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AZIKIWE MADUKA, | ) | |
| | ) | |
| Plaintiff | ) | No. 07 C 6430 |
| | ) | |
| v. | ) | JUDGE PALLMEYER |
| | ) | |
| COOK COUNTY SHERIFF et al. | ) | MAGISTRATE KEYS |
| | ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

Pursuant to order of the Court, counsel for the parties have conferred and hereby submit their joint initial status report to the Court.

A.   Counsel for the Parties

Counsel for Plaintiff and expected trial attorney:

   Kevin Rogers
   307 N. Michigan, Suite 305
   Chicago, IL 60601
   (312) 332-1188

Counsel for Defendants Officer E. Johnson, Star # 4361, Officer G. Cobbs, Star # 8573, Officer C. Fong, Star # 7613, Officer, L. Marquez, Star 7418, the SHERIFF OF COOK COUNTY and the COUNTY OF COOK and expected trial attorney:

   Steven L. Satter
   Asst State's Attorney
   OFFICES OF STATE'S ATTORNEY
   500 DALEY CENTER
   Chicago, IL 60602
   (312) 603-5105

B.   Jurisdictional Basis

28 U.S.C. Section 1331.

C.     Summary of the Claims

This matter arises from an incident on November 14, 2006, where Cook County Department of Corrections guards allegedly struck and kicked the Plaintiff while he was in the medical unit of the jail causing him injury. Plaintiff alleges that the defendants used unreasonable and excessive force without provocation or justification upon the Plaintiff. Defendants deny the allegations.

Plaintiff Azikiwe Maduka is seeking redress against Defendants under 42 U.S.C. §1983 for excessive force (Count I) and unreasonable seizure (Count VII).

No counterclaim or third party complaint has been filed.

D.     Statement of Relief Sought

Plaintiff alleges that Azikiwe Maduka suffered great pain, emotional distress, mental anguish and permanent injury for the force inflicted upon him by Defendants, and seeks compensatory and punitive monetary damages.

E.     Summary of Discovery To Date

Defendants have filed appearances, but have not yet filed answers to the third amended complaint. The parties have exchanged their Rule 26(a)(1) disclosures. Interrogatories and document requests will be initiated in fourteen (14) days of this report. The parties anticipate taking 8 to 10 depositions. The parties anticipate that there will be additional written and oral discovery requested subsequent to these depositions. No scheduling order has been entered. The parties propose an six-month fact discovery cut-off. The parties anticipate there will be expert discovery in this matter.

F.     Settlement Discussions

The parties have not discussed settlement and Plaintiff has not made a written demand upon Defendants because he is still gathering medical records. The parties do not believe that a settlement conference would be beneficial at this point.

G.  Proposed Discovery Schedule

Fact discovery and Plaintiff's expert disclosures will be completed by August 18, 2008. Defendants' expert disclosures will be completed by September 18, 2008, with all expert discovery closing on October 17, 2008. Dispositive motions (if any) will be filed by November 14, 2008. This case could be scheduled for trial in December of 2008. The parties anticipate that this trial will last approximately 3 to 5 days.

Date: April 18, 2008

        Respectfully submitted,

        **/s/ Kevin Rogers**
        KEVIN ROGERS
        Attorney for Plaintiff
        307 N. Michigan, Suite 305
        Chicago, IL 60601
        (312) 332-1188

        **/s/ Steven L. Satter**
        Steven L. Satter
        Asst State's Attorney
        OFFICES OF STATE'S ATTORNEY
        500 DALEY CENTER
        Chicago, IL 60602
        (312) 603-5440