**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Azikiwe Maduka
                        Plaintiff,

v.    Case No.: 1:07−cv−06430
     Honorable Rebecca R. Pallmeyer

E Johnson, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

    MINUTE entry before Judge Honorable Rebecca R. Pallmeyer: Discovery hearing held on 4/21/2008. Plaintiff shall comply with FRCP(26)(a)(2) by 8/18/2008. Defendant shall comply with FRCP(26)(a)(2) by 9/18/2008, with all expert discovery closing on 10/17/2008. Status hearing set for 6/25/2008 at 09:00 AM. Fact discovery ordered closed by 8/18/2008. Dispositive motions with supporting memoranda, if any, due by 11/14/2008. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.