# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6430 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Azikiwe Maduka vs. E Johnson, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/4/2008. Status hearing set for 10/2/2008 at 9:00. If appropriate documents are submitted prior to that date, no personal appearance is required.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|